UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CR-20103-PCH

**UNITED STATES OF AMERICA**,

v.

**LUIS HUMBERTO ORTEGA-MAZA,**

    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** comes before the Court upon Magistrate Judge Lauren F. Louis' Report and Recommendation ("R&R") on Change of Plea [ECF No. 22], which was entered on April 8, 2024. In the R&R, Judge Louis found that the Defendant, Luis Humberto Ortega-Maza, freely and voluntarily entered a plea of guilty as to Count I of the Indictment, which charges Defendant with reentry of a removed alien, in violation of Title 8 U.S.C. § 1326(a).

Magistrate Judge Louis recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Count I, and that a sentencing hearing be conducted for final disposition of this matter. This Court has reviewed Judge Louis' R&R and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Louis' R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count I of the Indictment; and (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Tuesday, June 25, 2024 at 9:00 AM**.

**DONE AND ORDERED** in Miami, Florida on April 15, 2024.

 

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lauren F. Louis
Counsel of record